IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TOMÁS CEREZO-MARTÍN,

    **Plaintiff,**

        **v.**                  **Civil No.** 15-1350 (FAB)

FERROVIAL AGROMAN S.A.,

    **Defendant.**

**JUDGMENT**

In accordance with the Order entered today (docket no. 38), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 28, 2018.

                                      s/ Francisco A. Besosa
                                      FRANCISCO A. BESOSA
                                      UNITED STATES DISTRICT JUDGE